WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Andre F.P. Fair,<br><br>　　　　Defendant. | 06-6218M-001<br><br><br><br>**ORDER** |

A detention hearing on the Petition on Supervised Release was held on October 12, 2006.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 17th day of October, 2006.

Lawrence O. Anderson
United States Magistrate Judge